KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided October 31, 2000

ALISTAIR GEMMELL ET AL. *v.* DENNIS LEE ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William F. Dow III*, in support of the petition.

*Morton J. Dimenstein*, in opposition.

Decided October 31, 2000

ENVIROTEST SYSTEMS CORPORATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

KATZ, J., did not participate in the consideration or decision of this petition.

*Clifton A. Leonhardt*, chief counsel, in support of the petition.

*Jeffrey J. Mirman,* in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* CHARLES WILLIAMS

The Supreme Court docket number is SC 16415.

*Robin Schwartz,* special deputy assistant state's attorney, in support of the petition.

*Carlos E. Candal,* special public defender, in opposition.

Decided October 31, 2000

PETER RUSTICI ET AL. *v.* DANNEL MALLOY ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Andrew J. McDonald,* corporation counsel, and *Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.